# EXHIBIT B

Date: March 3, 2022

**To: The Honorable Harry D. Leinenweber, Senior District Judge**

My name is Dale Rozek. I have known Denise Grevas for 24 amazing years. I am Denise's husband. I am also a responsible citizen, family member, college graduate and a 30+ year successful career professional currently working at Thresholds - a Chicago-based non-profit Agency fighting to transform the lives of people living with mental illnesses and substance use disorders. We are a local organization with 1,100 employees, working every day to break cycles of poverty and unemployment.

Thresholds takes pride in saying we work to make hope possible. I write this letter to you respectfully asking that you consider making my hope possible of a lesser sentence of probation for my wife or home confinement in the worst case so she can care for herself and other family members. I respect the law and that Denise has pled guilty to one count of insider trading. I also understand the magnitude and seriousness. I want though to share with you the broader picture of Denise, one conveying that Denise is so much more than the snapshot of this offense.

I know Denise better than anyone. She is my world, the love of my life, and my everything. I adore and admire her. I have seen her in many of the most intensely raw and intimate times of her life. In all situations – even where it may be easier to bend or give up - Denise is uncompromising to the high standard she holds and carries herself. What matters to her is what is right, and what is fair. She is the most accountable and trustworthy person I know. Her character is her compass. It is her code. Denise would never intentionally violate the law. She is not motivated by greed, selfishness, or short cuts. There is not a selfish or greedy bone in her. She is a giver in a world of takers. Denise is a rare individual who not only wants better for those around her; but she is also tireless, strong and committed toward doing all it takes to bring about that transformation in others. Often these are situations where those involved resist, fight, or do not think they have what it takes to transform. That is where Denise excels - with her relentlessness and constant inspiration. I am sometimes one of these people, but I trust my life to Denise. I have put my life in her hands and continue to be a better person and man because of it.

Growing up, Denise exemplified innate strong character. She grew up reading all the time learning about life and helped handicapped children during her lunch periods throughout her grade school years. She was a Brownie and went to Greek school to learn about her ancestry, religion and to speak and write her ancestor language. Denise shaped her early character on her own. There was little family support, help, or guidance in her formative years. Between a father who abandoned the family when she was 6 years old, and a mother who violently abused her using fists, rage, platform shoes and hangers, Denise was on her own to decide the type of person she would become in society. Denise, forging a different life from her sisters, chose to lift herself through constant learning, curiosity, introspection, determination, grit, strength, self-reliance, personal responsibility and doing the work.

In college Denise initially aspired to teach Special Education. She worked part time through college and received her undergraduate degree in English. She then worked tirelessly and responsibly in a 30-year successful career, progressing, and achieving through hard work and performance. When I met Denise, she was taking Kabbalah classes to learn about and expand her spiritual side. She was and still is introspective, always trying to learn, grow and evolve into a better human being. She also is and was constantly looking to give back for what she feels fortunate and grateful to have received in life.

I see Denise's influence and generosity over and over. She is transformative for those around her. For example, Denise mentored and then kept in regular contact with ▇▇▇ ▇▇▇ from Girls Hope. ▇▇▇ was a ward of DCFS at the time. Denise was a turning point in ▇▇▇ life and able to mentor teenage ▇▇▇ toward a productive and positive life. Denise shared with me that she saw herself in ▇▇▇. Also, Denise's friend, ▇▇▇ ▇▇▇, often speaks of how Denise was her only role model and inspiration of how to be strong and successful in life and business. ▇▇▇ went on to do just that, holding to this day varying senior level positions over multiple decades. Another friend Denise worked with, ▇▇▇, speaks frequently of how Denise was her role model and responsible for giving her the confidence to carve out a successful sales/management career at a global payment company. More recently, Denise coached, inspired and guided a friend to not only get out of a destructive 10-year relationship, but to simultaneously pursue a long-wished for promotion. A promotion the friend went for and received. Each one of these women proudly say they would not have been able to do what they did and become who they are if not for Denise.

Denise has been selfless and created life changing situations for members of our families, including those not kind or loving toward Denise. Denise cared for and financially supported her mother in her adult life. Denise is the only local family support, and POA/ in case of emergency for her 76-year-old aunt. She takes care of daily financial, administrative, and home matters. Without Denise, her aunt would face hardships that may force her to move out of her home into a senior facility. Also, my mother and my brother owe the quality of their lives to Denise.

Her greatest impact though is with me. She has earned a favored spot in the afterlife for what she is to me. Denise has changed my entire life through her love, devotion and care. When I met Denise, I was immature, emotionally damaged, and clueless about how to grow. I was incapable of dealing with the many unaddressed challenges in my life. I was struggling significantly inside.▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ My growth and development all comes from her. Denise has stayed with me through thick and thin and I completely rely on Denise for my entire existence. Outside of my work, Denise manages every aspect of my life and our lives. She is my confidante and I trust her with everything. Everyone should be as lucky as me to have someone as tireless and committed as Denise is to help guide, motivate and be an example. Her constant introspection and analysis of wanting to do and be better is the core of what we have evolved to become and the glue over our 24 years. We both struggle with family trauma and patterned behavior, and incredibly Denise found the one in a million therapist we needed to get and help keep our relationship and lives on track. I cannot imagine Denise needing to go to jail even for a day or what justice or deterrent her incarceration might serve and I beg the court to show leniency.

Judge Leinenweber, I feel it imperative to share with you the devastating effect a jail sentence would not only have on Denise, but also on me directly. Denise, if imprisoned, will directly impact my health and personal survival. If my wife were incarcerated our lives would go from being totally ruined over this offense to completely destroyed. First, I envision needing to either significantly reduce my work situation or resign from my job. I don't see how I would be able to continue working at Thresholds as well as learn to care for our home, feed myself, manage our day to day lives, our health concerns and support my wife with regular visits several hours away at a federal prison. This would create a further downward spiral without a job to support us which would leave us in a terrible state particularly after significant fines/penalties paid from savings. The prospect of then attempting to re-enter the workforce after her prison term is completed at my age would be another difficult struggle. This would also negatively impact the non-profit and government funded agency where I work helping the underserved in Chicago with mental illness and

addiction. I have been pivotal in improving the agency and it is important to me to continue improving the lives of those in our local community.

Denise handles all my medical issues and is my only advocate. Recently, I was diagnosed with  Since November 2021, my wife has taken me to 36 medical appointments which she coordinated, researched, and scheduled. During this time, my wife took care of 100% of my daily needs and without her 24/7 care I could not have survived. I would have no advocate; no one to take me for surgery, to doctors' appointments, prescriptions or rehabilitation. Currently, I need Denise for daily activities as my condition is chronic and unpredictable. My wife and I rely exclusively and solely on the other for medical and all other survival and care as well as her care of four other people. I have neither family nor friends to go to for my day-to-day needs, which makes me question how I might survive unless there was outside government aid and assistance. There are so many critical things over the course of one day my wife does for my survival. She has always taken care of every single aspect of our lives as we are one half of a whole. My sole function is work. If my wife were incarcerated our lives would be completely destroyed and I don't know that we could ever recover.

Regarding the situation and circumstances of the offense, Denise bought the stock, but she had no idea or intent to violate the law. I later found out Denise was following the company closely and had traded the stock for years. Denise's stock trading was a way for her to stay engaged and feel important and valued after being reorganized out of a long career. She did not know I was an insider or on an insider list until the morning of the September 16, 2019 announcement. I am filled with such painful regret from the past couple of years over that conversation that I initiated and feel responsible for setting in motion a series of events that have devastated my wife and our lives together. She has repeatedly tortured herself over a potential jail sentence which is her biggest fear and would be her destruction. If there is any way I could go to jail in her place I would gladly. I had been working 70+ hour workweeks for years at my company and was breaking down talking about the demands and stress, having talked about resigning for over 2 years. I had never been on a no-trade list before since my career was in middle management. I do know my wife trades but it did not occur to me that I needed to say to her directly "don't trade". We were just talking. Well, I was talking and crumbling from relentless stress of another assigned project, never imagining that conversation would lead us to this point. As soon as I realized fully the series of events and understood what happened I was extremely upset. We knew we had to hire a lawyer to help us figure out what to do but we had never hired a lawyer before and struggled to find one. One of the lawyers we hired tried to tell us how to potentially skirt the law. That absolutely is not us and did not happen. We fired that lawyer and eventually and luckily, found Patricia Brown Holmes.

My wife is not the kind of person who can survive in prison. I know many people who probably say that but, in this case, it is an absolute fact. I am terrified a jail sentence will irreparably damage her health and put her life at risk. Over the past two years, I have seen scary emotional and physical declines fueled by constant round the clock stress and stigma. She has aged 20 years in a span of 2. She has lived in a constant state of fear and panic daily which fuels and causes disease. She doesn't sleep at night. She shakes all the

time and cries constantly. Her stomach is always in knots and struggles with elimination. Each time the phone rings, email or mail comes, she anticipates the worst.  She would be a vulnerable target in jail fearing for her life which I fear will bring on health issues that prison will not address, and she will die there. For all these reasons and more I ask that if you absolutely must incarcerate my wife, please allow it to be home confinement so she can care for herself with dignity and survive this offense.

Denise lifted herself up and committed her lifetime to doing all the right things and building a respectable and admired reputation based on character and hard work. My wife has lived a proud and exemplary life – responsible, trustworthy, honest, loving, compassionate, giving, sacrificing, self made, and debt-free. She is not motivated by or interested in chasing a big life or attracting drama. The thought of my wife going to prison for this offense is difficult for me to even grasp. To use her as a deterrent or an example makes no sense to me. Denise is not a threat to the community nor anyone else. The Denise I know, and love deeply is and has been an inspiration and major positive influence on the lives of many people and the public at large. Her being incarcerated would not only harm her but the five people who depend on her for their survival. If incarceration of some type is needed, please strongly consider home confinement so my wife can care for her own medical needs and those of the other people for whom she cares.

Thank you Judge Leinenweber. I respectfully appeal to and beg for your leniency to consider the least possible sentence of probation for Denise. I am available to discuss or confirm the facts in this letter as necessary.

Sincerely,

Dale Rozek

4