## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                         Case No.: 1:21−cr−00512
                                                    Honorable Harry D. Leinenweber

Denise Grevas

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 29, 2022:

      MINUTE entry before the Honorable Harry D. Leinenweber: Sentencing held via video conference with defendant's consent. Government's motion for forfeiture [31] is granted as to Denise Grevas. Judgment order to follow. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.